Case: 1:18-cv-00611 Document #: 1-1 Filed: 01/26/18 Page 1 of 4 PageID #:9



(/)

 0

(/)    |    Diapers (/collections/diapers)    |    Space Cadet Diapers - Shipping in April



## Space Cadet Diapers - Shipping in April

### $35.00 USD

**SIZE:**

MEDIUM    LARGE

**QUANTITY:**

BAG - 10 DIAPERS    HALF CASE - 40 DIAPERS

FULL CASE - 80 DIAPERS

**QTY:** 1

🛒 **ADD TO CART**

---

**DESCRIPTION**    SIZE CHART    REVIEWS

Our Tykables Space Cadet diapers have been completely designed with the adult baby and diaper lover in mind on our thickest adult diaper platform. These are thick adult diapers that are both comfortable and functional enough to wear throughout the day while still being absorbent enough for overnight use with a rating of over 5500ml capacity.

The Space Cadet diaper features an all over design with fade when wet stars. The super soft plastic shell is strong, yet delicate to the touch to reduce irritation.

The Active Littles Grips are oversized and when combined with our extra durable landing zone they outperform all other adhesive tapes. Each fastener is over 1.5 inches tall and re-fastenable thanks to our Active Littles Grip hook and loop system. This new system allows, allowing for adjustments throughout the day if needed. With a 14 inch front and rear waistbands as well as extra tall standing leak guards you get extra comfort, security, and confidence.

---

### Customer Reviews

☆☆☆☆☆ No reviews yet      **Write a review**

**Case: 1:18-cv-00611 Document #: 1-1 Filed: 01/26/18 Page 2 of 4 PageID #:10**

 (https://tykables.com)

USD

Overnights Diapers shipping in mid February      X

## NEWSLETTER SIGNUP

SUBSCRIBE

**Info**

FAQ (https://tykables.com/apps/help-center)

Jobs (/pages/jobs)

Blogs (/blogs/news)

Events (/pages/events)

TOS (/pages/terms-of-service)

Return / Exchange (/pages/return-policy)

Privacy (/pages/privacy-policy)

**Locations**

Store Locator (https://tykables.com/apps/store-locator)

Australia (http://www.littles-downunder.com.au/product-tag/tykables/)

Canada (/pages/canadian-distributors)

UK/Europe (/pages/uk-distributors)

United States (https://tykables.com/apps/store-locator)

**More Stuff**

Littles Gear Subscriptions (/pages/littles-gear-subscription)

Set up Return/Exchange (/pages/return)

Care Instructions (/pages/care-instructions)

Clearance (/collections/clearance)

Tykables LLC © 2014 - 2017 | 512 W Northwest Hwy Mount Prospect IL 60056 | Customer Service +1 (312) 967-3553 | Email - sales@tykables.com

# Tykables
@tykables

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 1,768 | 322 | 5,709 | 668 | 1 |

Follow

## Tykables
@tykables

Tykables brings market leading ABDL products and services. #RefuseToAdult

📍 Chicago, IL
🔗 tykables.com
📅 Joined August 2009

Tweet to | Message

300 Photos and videos

**Who to follow** · Refresh · View all

Bambino Diapers @bam...
Follow

Rearz Inc @RearzInc
Follow

Find people you know

**Trends for you** · Change

**Steve Wynn**
Vegas mogul and RNC chairman Steve Wynn accused of pattern of sexual misconduct

**State of the Borough**

**#FridayFeeling**
104K Tweets

**#femalefilmmakerfriday**
@MPAA is Tweeting about this

**#NationalSpousesDay**
9,694 Tweets

**#GRAMMYs** 🏆
27.4K Tweets

**#FlashbackFriday**
19.6K Tweets

6,157 Tweets

© 2018 Twitter  About  Help Center  Terms  Privacy policy  Cookies  Ads info

### Tweets | Tweets & replies | Media

**Tykables** @tykables · Jan 25
New prints being bagged up and getting ready to ship! #LittleBuilders tykables.com/products/littl… tykables.com/products/mixed…



💬 10  🔁 21  ♥ 85  ✉

🔁 Tykables Retweeted
**ThePaddedPuppy** @ThePaddedPuppy · Jan 25
Retweet if you love to dress little!



💬 4  🔁 34  ♥ 90  ✉

**Tykables** @tykables · Jan 24
our #SpaceCadetDiapers are finishing up right now! :) tykables.com/spacecadet





💬 10  🔁 26  ♥ 166  ✉

🔁 Tykables Retweeted

Tykables
@tykables

Tweets 1,768 | Following 322 | Followers 5,709 | Likes 668 | Lists 1

Follow

5 2 68

Tykables @tykables · Jan 23
Tykables Space Cadet Shooter - in beta with mobile versions in the works
tykables.com/pages/space-ca…

24 5

Tykables Retweeted
ThePaddedPuppy @ThePaddedPuppy · Jan 16
Best fitting diapers! Love my @tykables!

5 11 96

Tykables Retweeted
NappiesRUs @NappiesRUs · Jan 16
Want to know when @tykables arrive? Pop your email in the box on the page below and we'll let you know when they're here! nappiesrus.co.uk/tykables-overn…

5 14 63

Tykables Retweeted
NappiesRUs @NappiesRUs · Jan 14
Ok, ok, we can't keep it a secret any longer! The rumours are true, we will be welcoming @tykables to NRU this February!

10 13 69

Tykables @tykables · Jan 13

