# EXHIBIT A

Case: 1:18-cv-00611 Document #: 7-1 Filed: 02/13/18 Page 2 of 5 PageID #:29





0

(/)

 (/)  |  Diapers (/collections/diapers)  |  Space Cadet Diapers - Shipping in April



# Space Cadet Diapers - Shipping in April

$35.00 USD

**SIZE:**

MEDIUM    LARGE

**QUANTITY:**

BAG - 10 DIAPERS    HALF CASE - 40 DIAPERS

FULL CASE - 80 DIAPERS

QTY:  1

🛒 ADD TO CART

---

**DESCRIPTION**    SIZE CHART    REVIEWS

Our Tykables Space Cadet diapers have been completely designed with the adult baby and diaper lover in mind on our thickest adult diaper platform. These are thick adult diapers that are both comfortable and functional enough to wear throughout the day while still being absorbent enough for overnight use with a rating of over 5500ml capacity.

The Space Cadet diaper features an all over design with fade when wet stars. The super soft plastic shell is strong, yet delicate to the touch to reduce irritation.

The Active Littles Grips are oversized and when combined with our extra durable landing zone they outperform all other adhesive tapes. Each fastener is over 1.5 inches tall and re-fastenable thanks to our Active Littles Grip hook and loop system. This new system allows, allowing for adjustments throughout the day if needed. With a 14 inch front and rear waistbands as well as extra tall standing leak guards you get extra comfort, security, and confidence.

---

## Customer Reviews

☆☆☆☆☆ No reviews yet                                                              Write a review

 (https://tykables.com)

USD

Overnights Diapers shipping in mid February     X

## NEWSLETTER SIGNUP

SUBSCRIBE

**Info**

FAQ (https://tykables.com/apps/help-center)

Jobs (/pages/jobs)

Blogs (/blogs/news)

Events (/pages/events)

TOS (/pages/terms-of-service)

Return / Exchange (/pages/return-policy)

Privacy (/pages/privacy-policy)

**Locations**

Store Locator (https://tykables.com/apps/store-locator)

Australia (http://www.littles-downunder.com.au/product-tag/tykables/)

Canada (/pages/canadian-distributors)

UK/Europe (/pages/uk-distributors)

United States (https://tykables.com/apps/store-locator)

**More Stuff**

Littles Gear Subscriptions (/pages/littles-gear-subscription)

Set up Return/Exchange (/pages/return)

Care Instructions (/pages/care-instructions)

Clearance (/collections/clearance)

Tykables LLC © 2014 - 2017 | 512 W Northwest Hwy Mount Prospect IL 60056 | Customer Service +1 (312) 967-3553 | Email - sales@tykables.com

# Tykables

**@tykables**

Tykables brings market leading ABDL products and services. #RefuseToAdult

- Chicago, IL
- tykables.com
- Joined August 2009

Tweet to | Message

300 Photos and videos

**Who to follow** · Refresh · View all

- Bambino Diapers @bam... — Follow
- Rearz Inc @RearzInc — Follow

Find people you know

**Trends for you** · Change

- **Steve Wynn** — Vegas mogul and RNC chairman Steve Wynn accused of pattern of sexual misconduct
- **State of the Borough**
- **#FridayFeeling** — 104K Tweets
- **#femalefilmmakerfriday** — @MPAA is Tweeting about this
- **#NationalSpousesDay** — 9,694 Tweets
- **#GRAMMYs** 🏆 — 27.4K Tweets
- **#FlashbackFriday** — 19.6K Tweets

© 2018 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info

---

**Tweets** 1,768 | **Following** 322 | **Followers** 5,709 | **Likes** 668 | **Lists** 1

Follow

**Tweets**  **Tweets & replies**  **Media**

**Tykables** @tykables · Jan 25
New prints being bagged up and getting ready to ship! #LittleBuilders
tykables.com/products/littl… tykables.com/products/mixed…



💬 10    🔁 21    ♥ 85    ✉

🔁 Tykables Retweeted

**ThePaddedPuppy** @ThePaddedPuppy · Jan 25
Retweet if you love to dress little!

💬 4    🔁 34    ♥ 90    ✉

**Tykables** @tykables · Jan 24
our #SpaceCadetDiapers are finishing up right now! :) tykables.com/spacecadet



💬 10    🔁 26    ♥ 166    ✉

🔁 Tykables Retweeted




| Tykables @tykables | Tweets 1,768 | Following 322 | Followers 5,709 | Likes 668 | Lists 1 | Follow |

♡ 5   ⇄ 2   ♥ 68

**Tykables** @tykables · Jan 23
Tykables Space Cadet Shooter - in beta with mobile versions in the works
tykables.com/pages/space-ca…
Wetness Indicator: 0

♡   ⇄ 5   ♥ 24

⇄ Tykables Retweeted
**ThePaddedPuppy** @ThePaddedPuppy · Jan 16
Best fitting diapers! Love my @tykables!

♡ 5   ⇄ 11   ♥ 96

⇄ Tykables Retweeted
**NappiesRUs** @NappiesRUs · Jan 16
Want to know when @tykables arrive? Pop your email in the box on the page below and we'll let you know when they're here! nappiesrus.co.uk/tykables-overn…

♡ 5   ⇄ 14   ♥ 63

⇄ Tykables Retweeted
**NappiesRUs** @NappiesRUs · Jan 14
Ok, ok, we can't keep it a secret any longer! The rumours are true, we will be welcoming @tykables to NRU this February!

♡ 10   ⇄ 13   ♥ 69

**Tykables** @tykables · Jan 13
The Little Builders daytime diaper from Tykables.com now available for pre-order




