IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

STROM HOLDINGS, LLC,

    Plaintiff,

    v.

TYKABLES LLC,

    Defendant.

Case No.: 18-cv-0611
Honorable Joan H. Lefkow

## STROM HOLDINGS, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Strom Holdings, LLC ("Strom"), by and through its undersigned counsel and pursuant to Rule 65 of the Fed. R. Civ. P., hereby moves this Court for entry of a Temporary Restraining Order and Preliminary Injunction based on its trademark infringement and unfair competition claims. Strom relies on its accompanying memorandum in support of this motion and any included exhibits.

WHEREFORE, Plaintiff Strom Holdings, LLC seeks the following relief:

A.    Entry of an Order restraining and enjoining Defendant Tykables LLC ("Tykables" or "Defendant") and its officers, agents, employees, and persons in active participation with Tykables from advertising, soliciting, marketing, selling, offering for sale, offering pre-sales, or otherwise using SPACE as a trademark in connection with diapers and related goods and services;

B.    Entry of an Order restraining and enjoining Defendant Tykables LLC ("Tykables" or "Defendant") and its officers, agents, employees, and persons in active participation with

1

Tykables from distributing or advertising the marketing mobile application Space Cadet Shooter using the word SPACE;

    C.    Entry of an Order restraining and enjoining Defendant Tykables LLC ("Tykables" or "Defendant") and its officers, agents, employees, and persons in active participation with Tykables from publicly stating that it has any rights to any trademark incorporating SPACE in connection with diapers and related goods and services; and

    D.    Any further relief the Court deems warranted and necessary.

Respectfully submitted,

REVISION LEGAL, PLLC

Date: February 13, 2018    By:    /s/Anderson J. Duff

Anderson J. Duff (4860383)
Revision Legal, PLLC
244 5th Ave. Ste. 2230
New York, New York 10001
(t) 212.996.4103
*One of Plaintiff's Attorneys*

Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
PH: 312.537.4100
ds@saperlaw.com
*Local Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2018, a true copy of the above document was served by electronic mail upon Tykables LLC's attorney Kevin Thompson at kthompson@ladas.net.

                                    /s/Anderson J. Duff
                                    Anderson J. Duff, One of Plaintiff's Attorneys