IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STROM HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TYKABLES LLC,<br><br>    Defendant. | Case No.: 18-cv-0611<br>Honorable Joan H. Lefkow |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and a settlement agreement into which the Parties entered on March 1, 2018 (the "Settlement Agreement"), the Parties hereby stipulate to dismiss the above-captioned action conditionally and without prejudice. Pursuant to the Settlement Agreement, if certain conditions are met on or before June 20, 2018, Strom shall dismiss this action with prejudice.

Date: March 5, 2018

DAVIS MCGRATH LCC

By:   /s/ William T. McGrath
     William T. McGrath
     125 S. Wacker Dr., Ste. 1380
     Chicago, Illinois 60606
     (t) 312.332.4748
     *Attorneys for Defendant*

Respectfully submitted,

REVISION LEGAL, PLLC

By:   /s/ Anderson J. Duff
     Anderson J. Duff (4860383)
     244 5th Ave. Ste. 2230
     New York, New York 10001
     (t) 212.996.4103
     *Attorneys for Plaintiff*

Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
(t) 312.537.4100
ds@saperlaw.com
*Local Counsel for Plaintiff*